HALIFAX BUILDERS, INC. v. TOWNSHIP OF WALL.

July 8, 1988.

Petition for certification denied.

EVE WEHRLE v. AMERICAN CAN COMPANY AND
SECOND INJURY FUND.

July 8, 1988.

Petition for certification granted and the matter is summarily remanded to the Appellate Division to reconsider if a portion of the special adjustment benefit should be paid for by the Second Injury Fund. See *Beyer v. Porter–Hayden*, 104 *N.J.* 104 (1986).

Jurisdiction is not retained. (See 224 *N.J.Super.* 400)

VINCENT LEPORE v. NATIONAL TOOL AND
MANUFACTURING COMPANY.

July 8, 1988.

Petition for certification granted. (See 224 *N.J.Super.* 463)